Appellants, Intervenors.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

SARAH SHERMAN, Respondent, v. WILLIAM M. LEICHT and Others, Defendants, and WILLIS D. MILLARD, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

UNION TRUST COMPANY OF ROCHESTER, Appellant, and A. WILLIAM BLACK, Plaintiff, v. HELEN C. ALLEN and Others, Defendants, and JOSEPH BEVACQUA and DON C. ALLEN, Respondents.— Motion by defendant Don C. Allen for reargument denied. Motion by Union Trust Company for reargmuent denied. Motion by Union Trust Company for leave to appeal to the Court of Appeals granted. [See 239 App. Div. 661.]

In the Matter of the Application of JOHN M. PROPHET and Other Stockholders of THE KURLASH COMPANY, INCORPORATED, to Review the Election of Five Directors of Said Corporation, Claimed to Have Been Chosen at the Meeting of THE KURLASH COMPANY, INCORPORATED, Held May 9, 1932.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion to amend order entered January 18, 1934, denied.

AUGUSTUS THIBAUDEAU, Respondent, v. CITY OF NIAGARA FALLS, Appellant. — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

ELI BUDD, as Limited Administrator, etc., of CHARLES BUDD, Deceased, Appellant, v. MARTHA NELLIS and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. GENE KIPPER, Appellant, v. ALBERT E. ELLINGER, Sheriff of Oneida County, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs.

E. J. EDDY, INC., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

ALFRED LEE and Another, Appellants, v. JAMES COUPE and Another, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

DANIEL COVENY, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

JADWIGA KRZEMINSKI, Individually, and as Administratrix, etc., of TEOFIL KRZEMINSKI, Deceased, Respondent, v. RICHARD W. EATON, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

MARY GERLACH, Respondent, v. EARL J. WESTFALL, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

STEPHEN GERLACH, Respondent, v. EARL J. WESTFALL, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of BERTHA L. CLARK MENHINICK, for an Order to Take the Deposition of MELVILLE A. CLARK, and to Examine Certain Books,